UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **KEVIN TRAHAN** | * | CIVIL ACTION NO. 15-2803 |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **METROPOLITAN LIFE INSURANCE CO.** | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that Plaintiff Kevin Trahan's claim for short-term disability benefits is DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that to the extent Trahan asserts a claim for long-term disability benefits, that claim is DISMISSED WITHOUT PREJUDICE

IT IS FURTHER ORDERED that MetLife's request for attorney's fees and costs is DENIED.

Monroe, Louisiana, this 9th day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE